# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. JOHNSON,<br>Petitioner<br>v.<br>JOHN LEMASTER, Acting Warden,<br>Respondent. | Case No. 2:18-cv-08534-JLS (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed without leave to amend and without prejudice.

DATE: August 15, 2019

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE